IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JONATHAN JENNINGS                                                    PLAINTIFF

V.                          CASE NO. 5:17-CV-05021

SHERIFF TIM HELDER; LIEUTENANT
REESER; DR. ROBERT KARAS; NURSE
REGINA WALKER; NURSE CHRISTY HILL;
NURSE LANDON HARRIS; NURSE ANDREW
PIAZZA; LIEUTENANT FOSTER; CORPORAL
CARLOS PINEDA; OFFICER DUSTIN CARTER;
OFFICER JOSHUA HILL; and OFFICER
EDUARDO VALLE                                                        DEFENDANTS

## OPINION AND ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. On November 20, 2017, the Defendants filed a Motion for Summary Judgment (Doc. 32). On November 28, 2017, an Order (Doc. No. 35) was entered directing Plaintiff to file a response to the Motion for Summary Judgment by December 19, 2017. Plaintiff was advised that failure to respond to the Order would subject the case to dismissal.

On January 4, 2018, the Court entered an Order (Doc. 42) extending Plaintiff's response time to January 25, 2018, due to a recent address change. Thereafter, Plaintiff filed a Motion for an Extension of Time (Doc. 44) to file his response. The Motion was granted by Order (Doc. 48) entered on January 23, 2018. Plaintiff was given an extension of time until February 28, 2018, to respond to the Motion for Summary Judgment.

To date, Plaintiff has not filed a response. He has not requested any further extension of time to file his response. No mail has been returned as undeliverable. Plaintiff has failed to comply with the Court's Order (Doc. 48). Additionally, Rule 5.5(c)(2)

1

of the Local Rules for the Eastern and Western Districts of Arkansas requires parties appearing *pro se* to monitor the case, and to prosecute or defend the action diligently.

**IT IS THEREFORE ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the order of the Court, and his failure to comply with Local Rule 5.5(c)(2). Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 8th day of March, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE